# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: CR213-026 |
| | : | |
| TIMOTHY JOHN ARNOLD | : | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Defendant Timothy Arnold ("Arnold") has been charged with: theft and conversion of Government property, in violation of 18 U.S.C. § 641; the unlicensed manufacture of and dealing in firearms, in violation of 18 U.S.C. § 922(a)(1)(A); interstate travel to engage in the unlicensed manufacture of and dealing in firearms, in violation of 18 U.S.C. § 924(n); and interstate transport of illegally acquired firearms, in violation of 18 U.S.C. § 922(a)(3). Arnold filed a Motion to Dismiss Indictment and Request for Grand Jury Transcript, and the Government responded.

Arnold contends that he "belie[ves] that the Grand Jury or an individual juror on the Grand Jury which indicted [him] lacked legal qualification to serve on the Grand Jury." (Doc. No. 28, p. 1). The Government asserts that Arnold fails to make a particularized showing that the grand jury which indicted him was infirm in any way and, as such, Arnold's Motion should be denied.

"A party may move to dismiss the indictment based on an objection to the grand jury or on an individual juror's lack of legal qualification[.] . . . The court must not dismiss

the indictment on the ground that a grand juror was not legally qualified if the record shows that at least 12 qualified jurors concurred in the indictment." FED. R. CRIM. P. 6(b)(2). In addition, this Court's Local Rules require "every motion filed in a criminal proceeding [to] be accompanied by a memorandum of law citing supporting authorities. . . . Where allegations of fact are relied upon that are not supported by the existing record, supporting affidavits <u>shall</u> be submitted." L. CR. R. 12.1 (emphasis added).

There is nothing before the Court indicating that a particular member of the grand jury or the grand jury as a whole lacked the requisite qualification to indict Arnold. Arnold has failed to make a showing pursuant to the Federal Rules of Criminal Procedure or this Court's Local Rules.

## CONCLUSION

Based on the foregoing, it is my **RECOMMENDATION** that the portion of Arnold's Motion seeking to Dismiss Indictment (doc. 28) be **DENIED**.

**SO REPORTED** and **RECOMMENDED**, this 6th day of December, 2013.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE