# In the United States District Court for the Southern District of Georgia Brunswick Division

UNITED STATES OF AMERICA

vs.

CR 213-26

TIMOTHY JOHN ARNOLD

**ORDER**

Defendant Timothy Arnold has filed a Motion to Dismiss Indictment based on the indicting grand jury lacking legal qualification. Dkt. No. 28. After an independent and de novo review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Defendant has objected. Dkt. Nos. 59, 80. Defendant briefs his objection with one meager conclusion: "one of the members of the Grand Jury was not qualified." Dkt. No. 80, at 1. In factual support, Defendant provides nothing. Without this, or a more specific legal argument, the Court finds no basis in Defendant's objection. Therefore, Defendant's objection is without merit and **OVERRULED**. Dkt. No. 80. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Dkt. No. 59.

AO 72A
(Rev. 8/82)

Defendant's Motion to Dismiss Indictment is **DENIED**. Dkt. No. 28.

**SO ORDERED**, this 30TH day of December, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA