# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA

vs.

CR 213-26

TIMOTHY JOHN ARNOLD

**ORDER**

Defendant Timothy Arnold has filed a Motion to Dismiss Indictment Due to Equal Protection Violation. Dkt. No. 29. After an independent and <u>de novo</u> review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Defendant has objected. Dkt. Nos. 54, 78. Defendant briefs his objection with one meager conclusion: "the U.S. Attorney has selectively prosecuted [Defendant] over all the other individuals involved [in the activity underlying the indictment's counts] for constitutionally impermissible reasons mentioned in the earlier motion." Dkt. No. 78, at 1. In factual support, Defendant provides nothing to show that he was discriminated against on a constitutionally improper basis. Without this, Defendant's objection fails. Therefore, Defendant's objection is without merit and **OVERRULED**. Dkt. No.

78. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Dkt. No. 54. Defendant's Motion to Dismiss Indictment Due to Equal Protection Violation is **DENIED**. Dkt. No. 29.

**SO ORDERED**, this 30TH day of December, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA